| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER<br>612-781-5840 | FOR COURT USE ONLY |
|---|---|---|
| **Excel Legal Courier**<br>6607 - 18th Avenue S. Suite 100<br>Richfield, MN 55423<br>ATTORNEY FOR   **Plaintiff** | | |
| MINNESOTA DISTRICT, MINNEAPOLIS<br>300 South Fourth Street, #202<br>Minneapolis, MN 55415 | | |
| SHORT TITLE OF CASE:<br>Wells Fargo Bank, ET AL. v. LoanSnap, Inc. | | |
| DATE:              TIME:              DEP./DIV. | | CASE NUMBER:<br>0:23-cv-02626-DWF-JFD |
| **Declaration of Service** | | Ref. No. or File No:<br>Wells Fargo v. LoanSnap |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT;**

On: **LoanSnap Inc. f/k/a DLJ Financial, Inc. c/o Cogency Global Inc.**

I served the summons at:

**1325 J St suite 1550  Sacramento, CA 95814**

On: **8/30/2023**              Date:  **09:50 AM**

In the above mentioned action  by personally serving to and leaving with

**Alex Gonzales   -  Client Services Specialist**
Description: **Gender: Male Age: 30 Height: 5'10" Weight: 175 Race: Hispanic  Hair: Black Other:**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

   a. Name: **Matt Leonardo** - Registration: **2009-18 -** County: **Sacramento**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was:
   e. I am an employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Matt Leonardo                                                                   Date: 08/31/2023

Declaration of Service                                                                                   Invoice #: 8121839