# UNITED STATES DISTRICT COURT
## District of Minnesota

# JUDGMENT BY DEFAULT

Wells Fargo Bank, N.A.,

        Plaintiff,

v.                              Case Number: 23-cv-02626 DWF/JFD

LoanSnap, Inc., f/k/a DLJ Financial, Inc.,

        Defendant.

Affidavit of default, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant(s) has/have been duly served with process, that more than twenty-one (21) days have elapsed since said service, and that said defendant(s) has/have failed to appear or plead in this cause;

Now, on request of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED, that the above-named plaintiff(s) does/do have and recover of and from said defendant(s) in the amount of four hundred thirty-one thousand five hundred eleven Dollars and seventy-five  Cents $431,511.75

11/7/2023

                                                      <u>KATE M. FOGARTY, CLERK</u>